IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES T. DEANS,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNNY JOHNSON, WARDEN TOM GRAMIACK, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 5:12-CV-358 (MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Magistrate Judge Stephen Hyles' Recommendation to dismiss all claims against Defendants Brown, White, Ryan Harrell, and Brian Owens because the Complaint fails to state any claim against these Defendants.[1] (Doc. 5). The Plaintiff has not objected to the Recommendation.

Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the Recommendation. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. Accordingly, all claims against Defendants Brown, White, Ryan Harrell and Brian Owens are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 11th day of January, 2013.

                                      S/ Marc T. Treadwell
                                      MARC T. TREADWELL, JUDGE
                                      UNITED STATES DISTRICT COURT

---

[1] The Plaintiff only names "Brown" and "White" with no first names in his Complaint.